UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Beverly Boyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10130-DRH |
| *Jackie Cavender v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10200-DRH |
| *Lindi Dischler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10212-DRH |
| *Donna Hornsby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10126-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Caitlin Fischer*
        **Deputy Clerk**

**Dated:**  May 16, 2014

**APPROVED:**
Digitally signed by David R. Herndon
Date: 2014.05.16 16:32:02 -05'00'

**CHIEF JUDGE
U. S. DISTRICT COURT**